IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:19CR87 |
| vs. | |
| AMANDA FERRELL, ANTHONY MOORE and ISAAC JOHNSON, | ORDER |
| Defendants. | |

This matter is before the court on Defendant Ferrell's unopposed Motion to Continue Trial [77]. Counsel is seeking additional time to negotiate a plea with the plaintiff. For good cause shown,

**IT IS ORDERED** that Defendant Ferrell's unopposed Motion to Continue Trial [77] is granted as follows:

1. The jury trial, **as to all defendants**, now set for January 28, 2020, is continued to **March 3, 2020.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 3, 2020,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 24th day of January 2020.

BY THE COURT:

s/Susan M. Bazis
United States Magistrate Judge