## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:19CR87** |
| vs. | |
| AMANDA FERRELL, ANTHONY MOORE, ISAAC JOHNSON, | **ORDER** |
| Defendants. | |

This matter is before the court on Defendant Moore's Unopposed Motion to Continue Trial [88].  The parties are engaged in plea negotiations and seek additional time to resolve this matter short of trial.  For good cause shown,

**IT IS ORDERED** that Defendant Moore's Unopposed Motion to Continue Trial [88] is granted, as follows:

1. The jury trial, **as to all defendants**, now set for September 15, 2020, is continued to **October 27, 2020.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and October 27, 2020**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:  September 4, 2020.**

BY THE COURT:

s/Susan M. Bazis
United States Magistrate Judge